UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DEMTRIS IRBY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NARANJO, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:21-cv-01039-JDP (PC)<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT A COMPLETE IN FORMA PAUPERIS APPLICATION AND INMATE TRUST ACCOUNT STATEMENT |

　　　　Plaintiff, a county inmate proceeding without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. However, the certificate portion of the request, which must be filled out by plaintiff's institution of incarceration, has not been completed. Also, plaintiff has not filed a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a completed *in forma pauperis* application and a certified copy in support of his application.

　　　　In accordance with the above, it is hereby ORDERED that:

　　　　1. Plaintiff's motion to proceed *in forma pauperis*, ECF No. 2, is denied without prejudice.

　　　　2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

1

| | |
|---|---|
| 1 | Forma Pauperis By a Prisoner. |
| 2 | 3. Plaintiff shall submit, within thirty days from the date of this order, a completed |
| 3 | affidavit in support of his request to proceed *in forma pauperis* on the form provided by the Clerk |
| 4 | of Court. |
| 5 | 4. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of |
| 6 | his inmate trust account statement for the six-month period immediately preceding the filing of |
| 7 | the complaint. Plaintiff's failure to comply with this order will result in a recommendation that |
| 8 | this action be dismissed without prejudice. |

IT IS SO ORDERED.

Dated:  June 24, 2021

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE