UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DEMETRIS IRBY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NARANJO, *et al.*,<br><br>　　　　Defendants. | Case No. 2:21-cv-01039-KJM-JDP (PC)<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT AN INMATE TRUST ACCOUNT STATEMENT |

　　　　Plaintiff, a county inmate proceeding without counsel, has filed a civil rights action under 42 U.S.C. § 1983. On June 25, 2021, I directed him to submit, within thirty days, a completed application to proceed *in forma pauperis* and a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint. Plaintiff has submitted a request for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. He has not, however, filed a certified copy of his jail trust account statement.

　　　　Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." Plaintiff has not submitted a certified copy of his trust account statement or the institutional equivalent.

1

Accordingly, it is hereby ORDERED that plaintiff shall submit, within thirty days of this order, a certified copy of his jail trust account statement for the six-month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

IT IS SO ORDERED.

Dated:   July 21, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE